# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-325 ODW (MRW) | Date | May 31, 2012 |
|---|---|---|---|
| Title | Sanchez v. Allison | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: SANCTIONS

     Respondent filed an answer in this state habeas action. (Docket # 14.) The answer references state court documents that Respondent claims were lodged with the Court at the time that the answer was filed. However, a review of the Court's electronic docket and the records in chambers reveal that no notice of lodging was filed nor were any documents delivered to the Court. For this reason, the Court's staff left two messages with the assigned Deputy Attorney General to request that the materials be provided to the Court. The Deputy Attorney General has not responded to those messages.

     The Court therefore ORDERS the Deputy Attorney General to show cause why he should not be sanctioned for failing to comply with the requirements of this Court's previous order (Docket # 5) regarding the lodgment of relevant state court records and for failing to respond to the Court's inquiries. The Deputy Attorney General may discharge this OSC by or before <u>June 8, 2012</u>, by: (a) submitting a declaration of no more than three pages explaining his conduct; and (b) properly lodging the relevant documents with the Court.