UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SANCHEZ,<br><br>   Petitioner,<br><br> vs.<br><br>RALPH M. DIAZ,[1] Warden,<br><br>   Respondent. | Case No. CV 12-325 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

 Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

 IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: July 9, 2013

                _____
                HON. OTIS D. WRIGHT II
                UNITED STATES DISTRICT JUDGE

---

[1] Ralph M. Diaz, the Acting Warden of the California Substance Abuse Treatment Facility and State Prison, is substituted as the proper respondent in this matter. See Fed. R. Civ. P. 25(d).