UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SANCHEZ, | ) Case No. CV 12-325 ODW (MRW) |
|         Petitioner, | ) |
|     vs. | ) JUDGMENT |
| RALPH M. DIAZ,[1] Warden, | ) |
|         Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: July 9, 2013

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

[1] Ralph M. Diaz, the Acting Warden of the California Substance Abuse Treatment Facility and State Prison, is substituted as the proper respondent in this matter. See Fed. R. Civ. P. 25(d).